CSD417A (Main)[12/1/15]

Name, Address, Telephone No. & I.D. No.
Mr. Sean Rones
4273 Corte Famosa
San Diego, CA 92130
(858) 386-3935

FILED
2016 JUL 18 PM 3:44
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PROFESSIONAL SATELLITE AND COMMUNICATION, LLC,

Debtor.

'16CV1839 BEN MDD

BANKRUPTCY NO. 07-06613-LA7

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):

   SEAN RONES

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ______________________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☑ Creditor
- ☐ Trustee
- ☐ Other (describe) ______________________

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: ORDER DISALLOWING CLIAM NO. 32
2. State the date on which the judgment, order, or decree was entered: JULY 6, 2016



6613nr 272

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone Numbers of their attorneys (attach additional pages if necessary):

1. Party: SEAN RONES

   Attorney: SEAN RONES
   4273 Corte Famosa
   San Diego, CA 92130
   (858) 386-3935

2. Party: NANCY WOLF

   Attorney: KEVIN J. HOYT
   550 West C Street, Suite 530
   San Diego, CA 92101
   (619) 234-2111

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. §158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

X [signature]

Signature of attorney for appellant(s) (or appellant(s) If not represented by an attorney)

Date: 07/14/16

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney)

SEAN RONES
4273 Corte Famosa
San Diego, CA 92130
(858) 386-3935

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.