Kevin J. Hoyt, Esq. (Cal. Bar No. 76830)
ESTES & HOYT, A Professional Corporation
550 West C Street, Suite 530
San Diego, California 92101
(619) 234-2111

Attorneys for Appellee
Nancy Wolf, Trustee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PROFESSIONAL SATELLITE AND COMMUNICATION, LLC,<br><br>      Debtor.<br><br>SEAN RONES,<br><br>      Appellant,<br>v.<br><br>NANCY WOLF, Trustee,<br><br>      Appellee. | Case No. 16cv1839 BEN MDD<br>Bankruptcy No. 07-06613-LA7<br><br>**NOTICE OF PENDING SETTLEMENT** |

    Appellant, Sean Rones, in *pro per* and Appellee, Nancy L. Trustee, have reached a settlement of this appeal by Sean Rones of an Order disallowing his claim (Claim No. 32) from the United States Bankruptcy Court for the Southern District of California. Finalization of the Settlement Agreement and dismissal of this appeal is contingent on execution of a written Settlement Agreement which has been approved by the parties, Notice to Creditors in the underlying Chapter 7 case, and approval by the Bankruptcy Court of the Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure. The parities have stipulated pending such approval or disapproval by the Bankruptcy

1 | Court to suspend the current briefing schedule for the appeal, subject to the consent
2 | of the Court herein. The Trustee estimates the approval process will take approximately
3 | 60 days.

                                                  ESTES & HOYT,
                                                  A Professional Corporation

Dated: October 24, 2016                By: _____
                                                     Kevin J. Hoyt
                                                     Attorneys for Appellee, Nancy L. Wolf, Trustee

# PROOF OF SERVICE

*Rones v. Wolf,*
Case No. 16CV1839 BEN MDD, U.S.D.C. (S.D. Cal.)

I, the undersigned, declare and certify that I am over the age of 18 years, not a party to the within action and employed in the County of San Diego, State of California. My business address is Estes & Hoyt, A P.C., 550 West C Street, Suite 530, San Diego, CA 92101, and I made the service referred to below at their direction.

On the date of execution below, I served a true copy of the following document(s):

**NOTICE OF PENDING SETTLEMENT**

[ X ] BY U.S. MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. The envelopes were addressed as follows:

Sean Rones
4273 Corte Famosa
San Diego, CA 92130

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 24, 2016, at San Diego, California.

/s/Laurie Smith
Laurie Smith

Rones v. Wolf\Not of Pending Settlement.wpd                                              Case No. 16cv1839