Kevin J. Hoyt, Esq. (Cal. Bar No. 76830)
ESTES & HOYT, A Professional Corporation
550 West C Street, Suite 530
San Diego, California 92101
(619) 234-2111

Attorneys for Appellee
Nancy Wolf, Trustee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE: PROFESSIONAL SATELLITE AND COMMUNICATION, LLC,

Debtor.

_____

SEAN RONES,

Appellant,

v.

NANCY WOLF, TRUSTEE,

Appellee.

Case No. 16cv1839 BEN MDD
Bankruptcy No. 07-06613-LA7
Bankruptcy Appeal No. 1

**JOINT MOTION FOR DISMISSAL OF APPEAL WITH PREJUDICE**

Appellant, Sean Rones, in *pro per*, and Appellee, Nancy Wolf, Trustee, having reached a full and complete settlement of this matter approved by order of the Bankruptcy Court (Doc 525) entered on November 28, 2016 in *In re Professional Satellite and Communication, LLC*, U.S.B.C. (S.D. Cal.) Case No. 07-06613-LA7, stipulate as follows:

1)   Consistent with the parties' Settlement Agreement, approved by the Bankruptcy Court as set forth above, the parties hereby request that the District Court dismiss this Appeal with prejudice, with each party to bear their own costs and attorneys' fees.

* * *

2) A copy of the parties' proposed Order On Joint Motion For Dismissal Of Appeal With Prejudice, is attached hereto as Exhibit A.

Dated: January 24, 2017

_____
Sean Rones, in *pro per*

ESTES & HOYT,
A Professional Corporation

Dated: January 17, 2017

By: _____
Kevin J. Hoyt
Attorneys for Appellee
Nancy L. Wolf, Trustee

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PROFESSIONAL SATELLITE AND COMMUNICATION, LLC,<br><br>　　　　　　　　　　Debtor.<br><br>SEAN RONES,<br>　　　　　　　　　　Appellant,<br>v.<br>NANCY WOLF, TRUSTEE,<br>　　　　　　　　　　Appellee. | Case No. 16cv1839 BEN MDD<br>Bankruptcy No. 07-06613-LA7<br>Bankruptcy Appeal No. 1<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL OF APPEAL WITH PREJUDICE** |

　　The court having reviewed the Joint Motion For Dismissal Of Appeal With Prejudice filed by the Appellant and Appellee herein, and for good cause appearing hereby orders:

　　The within appeal be and hereby is dismissed with prejudice, with all parties to bear their own respective attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge

EXHIBIT A PAGE 3

Rones v. Wolf\Order on Joint Motion for Dismissal of Appeal.wpd\　　　　　　　Case No. 16cv1839